IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PABLO J. MARTINEZ-BARREN,** | : | **CIVIL ACTION NO. 1:06-CV-0661** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **INGRAM MICRO, INC.,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 29th day of January, 2007, upon consideration of defendants' motion for sanctions (Doc. 13) concerning the merits of plaintiff's claims, and it appearing that plaintiff has filed a second amended complaint (Doc. 18) which substantially resolves the issues raised in said motion for sanctions, it is hereby ORDERED that defendants' motion for sanctions is DENIED.

                                                  S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge